UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL ASATOURIAN,<br><br>                Plaintiff,<br><br>        v.<br><br>WALGREEN CO., et al.,<br><br>                Defendants. | Case No. 1:25-cv-01003-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 16). |

On March 23, 2026, the parties filed a joint stipulation of dismissal, stating as follows:

PLEASE TAKE NOTICE Plaintiff Crystal Asatourian and Defendants Walgreen Pharmacy Services Midwest, LLC (erroneously sued as Walgreen Co.) and Sedgwick Claims Management Services, Inc. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

(ECF No. 16, p. 2).

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 24, 2026**                    /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

1